KEITH E. EGGLETON, State Bar No. 159842
DAVID A. MCCARTHY, State Bar No. 226415
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone: (650) 493-9300
Facsimile: (650) 565-5100

Attorneys for Defendant Moody's Investors Service, Inc.

Additional Counsel Listed On Signature Page

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD M. GRASSI and SALLY GRASSI, | Civil Action No. |
| Plaintiffs, | NOTICE OF REMOVAL |
| v. | |
| MOODY'S INVESTOR'S SERVICES, STANDARD AND POOR'S and FITCH RATINGS, | |
| Defendants. | |

All defendants in this action, Moody's Investors Service, Inc. ("Moody's"), incorrectly sued herein as "Moody's Investor's Services," The McGraw-Hill Companies, Inc. ("McGraw-Hill"), incorrectly sued herein as "Standard and Poor's," formerly a division of McGraw-Hill, and Fitch, Inc., incorrectly sued herein as "Fitch Ratings" ("Fitch") (collectively, "Defendants"), by their undersigned attorneys, hereby remove the above-captioned case pending in the Superior Court of California, County of Placer, Tahoe City branch, to the United States District Court for the Eastern District of California, pursuant to 28 U.S.C. § 1441(a).

As grounds for removal, Defendants state as follows:

1.  On January 26, 2009, plaintiffs Ronald M. Grassi and Sally Grassi ("Plaintiffs") filed a complaint entitled Ronald and Sally Grassi vs. Moody's Investor's Services, Standard and Poor's, Fitch Ratings, in the Superior Court of the State of California, County of Placer, Tahoe City branch. This case was assigned a Case Number of TCV-1473 (the "State Court Action").

2.  On or about January 28, 2009, copies of the Summons and Complaint were served upon each of the Defendants. See Exhibit A hereto.

3.  This Court has jurisdiction over this matter pursuant to 28 U.S.C. § 1332 because there is complete diversity of citizenship between the parties and because, upon information and belief, the matter in controversy exceeds the sum or value of $75,000.00.

4.  Complete diversity of citizenship exists in this action because: (i) the complaint alleges that plaintiffs are citizens of California; and (ii) none of the Defendants, all of which are citizens of New York, is a citizen of California.

5.  The matter in controversy exceeds the sum or value of $75,000 because plaintiffs seek at least $40,000 in compensatory damages and the complaint also seeks punitive damages. In a telephone conversation with counsel for McGraw-Hill on February 17, 2009, plaintiff Ronald M. Grassi stated that plaintiffs are seeking approximately $40,000 in compensatory damages and confirmed that, as set forth in the complaint, plaintiffs are seeking, in addition, punitive damages in an unspecified amount. Defendants dispute that plaintiffs are entitled to either compensatory or punitive damages in this action. However, in cases in this and other Circuits, where a plaintiff has

NOTICE OF REMOVAL
CIVIL ACTION NO.                           -1-                    Notice of Removal_(PALIB1_3610771_1) (2).DOC

prevailed, courts have frequently awarded punitive damages well in excess of the amount of compensatory damages awarded.

6. Accordingly, removal of the action to this Court is proper pursuant to 28 U.S.C. § 1441(a).

7. This Notice of Removal is being filed in the United States District Court for the Eastern District of California within 30 days of service of the Summons and Complaint, and is therefore timely filed in accordance with 28 U.S.C. § 1446(a) and (b).

8. In accordance with 28 U.S.C. § 1446(a), attached hereto as Exhibit A are file-stamped copies of all process, pleadings and orders served upon Defendants in the State Court Action, namely the Summons and Complaint.

9. Concurrent with the filing of this Notice of Removal, the Defendants are serving the Notice of Removal upon plaintiff and filing a copy of the Notice of Removal with the Clerk of the Superior Court of the State of California, County of Placer in accordance with 28 U.S.C. § 1446(d).

10. This Notice of Removal is signed pursuant to Fed. R. Civ. P. 11 in accordance with 28 U.S.C. § 1446(a).

WHEREFORE, this action should proceed in the United States District Court for the Eastern District of California, as an action properly removed thereto.

Dated: February 25, 2009

WILSON SONSINI GOODRICH & ROSATI,
Professional Corporation

/s/Keith E. Eggleton
Keith E. Eggleton
David A. McCarthy
650 Page Mill Road
Palo Alto, CA 94304
Telephone: (650) 493-9300
Facsimile: (650) 565-5100
*Attorneys for Moody's Investors Service, Inc.*

| | | |
|---|---|---|
| 1 | Dated: February 25, 2009 | PERKINS COIE LLP |

/s/David T. Biderman (as authorized on 2/24/09)
David T. Biderman (SBN 101577)
4 Embarcadero Center
24th Floor
San Francisco, CA 94111
Telephone:(415) 344-7003
Facsimile: (415) 344-7113
*Attorneys for Defendant The McGraw-Hill Companies, Inc.*

Dated: February 25, 2009                TAYLOR & COMPANY LAW OFFICES, LLP

/s/Jayesh Hines-Shah (as authorized on 2/24/09)
Stephen E. Taylor (SBN 58452)
Jayesh Hines-Shah (SBN 214256)
Jonathan A. Patchen (SBN 237346)
One Ferry Building, Suite 355
San Francisco, CA 94111
Telephone:(415) 788-8200
Facsimile: (415) 788-8208
*Attorneys for Fitch, Inc.*

James J. Coster
Joshua M. Rubins
Satterlee Stephens Burke & Burke LLP
230 Park Avenue, 11th Floor
New York, NY 10169
Telephone:     (212) 818-9200
Facsimile:     (212) 818-9606
Attorneys for Moody's Investors Service, Inc.
(*Pro Hac Vice Applications to be submitted*)

Floyd Abrams
Brian T. Markley
Julie Allsman
Cahill Gordon & Reindel LLP
80 Pine Street
New York, NY 10005
Telephone:     (212) 701-3000
Facsimile:     (212) 269-5420
Attorneys for The McGraw-Hill Companies, Inc.
(*Pro Hac Vice Applications to be submitted*)

NOTICE OF REMOVAL                          -3-                Notice of Removal_(PALIB1_3610771_1)(2).DOC
CIVIL ACTION NO.

Martin Flumenbaum
Andrew J. Ehrlich
Jason Williamson
Paul, Weiss, Rifkind, Wharton
& Garrison LLP
1285 Avenue of the Americas
New York, NY 10019
Telephone:      (212) 373-3000
Facsimile:       (212) 757-3990
Attorneys for Fitch, Inc.
(*Pro Hac Vice Applications to be submitted*)