# Exhibit B

PLD-PI-001

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address): | FOR COURT USE ONLY |
|---|---|
| Ronald M. Grassi, in pro per<br>P.O. Box 6961<br>Tahoe City, Ca. 96145<br>TELEPHONE NO: (530) 583-3105   FAX NO. (Optional): (530)583-3105<br>E-MAIL ADDRESS (Optional): ronsallygrassi@mac.com<br>ATTORNEY FOR (Name): Ronald and Sally Grassi | FILED<br>SUPERIOR COURT OF CALIFORNIA<br>COUNTY OF PLACER<br><br>JAN 26 2009<br><br>JOHN MENDES<br>EXECUTIVE OFFICER & CLERK<br>By S. Holmes, Deputy |
| SUPERIOR COURT OF CALIFORNIA, COUNTY OF Placer<br>STREET ADDRESS: 2501 N. Lake Blvd.<br>MAILING ADDRESS: PO Box 5669<br>CITY AND ZIP CODE: Tahoe City, Ca. 96145<br>BRANCH NAME: Tahoe City | |
| PLAINTIFF: Ronald M. Grassi, Sally Grassi | |
| DEFENDANT: Moody's Investor's Services, Standard and Poor's, Fitch | |
| [✓] DOES 1 TO 10 | |
| COMPLAINT—Personal Injury, Property Damage, Wrongful Death<br>[ ] AMENDED (Number):<br>Type (check all that apply):<br>[ ] MOTOR VEHICLE   [✓] OTHER (specify): fraud and deceit, negligence<br>[ ] Property Damage  [ ] Wrongful Death<br>[ ] Personal Injury   [ ] Other Damages (specify): | |
| Jurisdiction (check all that apply):<br>[ ] ACTION IS A LIMITED CIVIL CASE<br>Amount demanded [ ] does not exceed $10,000<br>[ ] exceeds $10,000, but does not exceed $25,000<br>[✓] ACTION IS AN UNLIMITED CIVIL CASE (exceeds $25,000)<br>[ ] ACTION IS RECLASSIFIED by this amended complaint<br>[ ] from limited to unlimited<br>[ ] from unlimited to limited | CASE NUMBER:<br><br>TCV-1478 |

1. Plaintiff (name or names): Ronald and Sally Grassi
   alleges causes of action against defendant (name or names):
   Moody's Investor Services, Standard and Poor's, Fitch Ratings(hereafter Moody's, Standard & Poor, Fitch)
2. This pleading, including attachments and exhibits, consists of the following number of pages:
3. Each plaintiff named above is a competent adult
   a. [ ] except plaintiff (name):
      (1) [ ] a corporation qualified to do business in California
      (2) [ ] an unincorporated entity (describe):
      (3) [ ] a public entity (describe):
      (4) [ ] a minor [ ] an adult
         (a) [ ] for whom a guardian or conservator of the estate or a guardian ad litem has been appointed
         (b) [ ] other (specify):
      (5) [ ] other (specify):
   b. [ ] except plaintiff (name):
      (1) [ ] a corporation qualified to do business in California
      (2) [ ] an unincorporated entity (describe):
      (3) [ ] a public entity (describe):
      (4) [ ] a minor [ ] an adult
         (a) [ ] for whom a guardian or conservator of the estate or a guardian ad litem has been appointed
         (b) [ ] other (specify):
      (5) [ ] other (specify):

[ ] Information about additional plaintiffs who are not competent adults is shown in Attachment 3.

Page 1 of 3

Form Approved for Optional Use<br>Judicial Council of California<br>PLD-PI-001 [Rev. January 1, 2007]

COMPLAINT—Personal Injury, Property<br>Damage, Wrongful Death

Code of Civil Procedure, § 425.12<br>www.courtinfo.ca.gov

PLD-PI-001

| SHORT TITLE: Grassi v. Moody's | CASE NUMBER: |
|---|---|

4. ☐ Plaintiff (name):
   Is doing business under the fictitious name (specify):

   and has complied with the fictitious business name laws.

5. Each defendant named above is a natural person
   a. ☑ except defendant (name): Moody's
      (1) ☐ a business organization, form unknown
      (2) ☑ a corporation
      (3) ☐ an unincorporated entity (describe):
      (4) ☐ a public entity (describe):
      (5) ☐ other (specify):

   c. ☑ except defendant (name): Standard and Poor's
      (1) ☐ a business organization, form unknown
      (2) ☑ a corporation
      (3) ☐ an unincorporated entity (describe):
      (4) ☐ a public entity (describe):
      (5) ☐ other (specify):

   b. ☑ except defendant (name): Fitch
      (1) ☐ a business organization, form unknown
      (2) ☑ a corporation
      (3) ☐ an unincorporated entity (describe):
      (4) ☐ a public entity (describe):
      (5) ☐ other (specify):

   d. ☐ except defendant (name):
      (1) ☐ a business organization, form unknown
      (2) ☐ a corporation
      (3) ☐ an unincorporated entity (describe):
      (4) ☐ a public entity (describe):
      (5) ☐ other (specify):

   ☐ Information about additional defendants who are not natural persons is contained in Attachment 5.

6. The true names of defendants sued as Does are unknown to plaintiff.
   a. ☑ Doe defendants (specify Doe numbers): 1-5 were the agents or employees of other named defendants and acted within the scope of that agency or employment.
   b. ☑ Doe defendants (specify Doe numbers): 6-10 are persons whose capacities are unknown to plaintiff.

7. ☐ Defendants who are joined under Code of Civil Procedure section 382 are (names):

8. This court is the proper court because
   a. ☐ at least one defendant now resides in its jurisdictional area.
   b. ☐ the principal place of business of a defendant corporation or unincorporated association is in its jurisdictional area.
   c. ☑ injury to person or damage to personal property occurred in its jurisdictional area.
   d. ☑ other (specify):
      All defendants sued herein were, and are, doing business in both Tahoe City and Placer County

9. ☐ Plaintiff is required to comply with a claims statute, and
   a. ☐ has complied with applicable claims statutes, or
   b. ☐ is excused from complying because (specify):

PLD-PI-001

| SHORT TITLE: Grassi v. Moody's | CASE NUMBER: |
|---|---|

10. The following causes of action are attached and the statements above apply to each *(each complaint must have one or more causes of action attached)*:
    a. [ ] Motor Vehicle
    b. [✓] General Negligence
    c. [ ] Intentional Tort
    d. [ ] Products Liability
    e. [ ] Premises Liability
    f. [✓] Other *(specify)*:
      Fraud and Deceit

11. Plaintiff has suffered
    a. [ ] wage loss
    b. [✓] loss of use of property
    c. [ ] hospital and medical expenses
    d. [ ] general damage
    e. [ ] property damage
    f. [ ] loss of earning capacity
    g. [✓] other damage *(specify)*:
      Punitive Damages based upon defendants's reckless disregard in publishing false and misleading information relating to Lehman Brother's bonds

12. [ ] The damages claimed for wrongful death and the relationships of plaintiff to the deceased are
    a. [ ] listed in Attachment 12.
    b. [ ] as follows:

13. The relief sought in this complaint is within the jurisdiction of this court.

14. Plaintiff prays for judgment for costs of suit; for such relief as is fair, just, and equitable; and for
    a. (1) [✓] compensatory damages
       (2) [✓] punitive damages
       The amount of damages is *(in cases for personal injury or wrongful death, you must check (1))*:
       (1) [ ] according to proof
       (2) [ ] in the amount of: $

15. [✓] The paragraphs of this complaint alleged on information and belief are as follows *(specify paragraph numbers)*:
    5,6,11

Date: Jan. 26, 2009

Ronald M. Grassi
(TYPE OR PRINT NAME)

▶ *(signature)* Ronald M. Grassi
(SIGNATURE OF PLAINTIFF OR ATTORNEY)

PLD-PI-001 [Rev. January 1, 2007]   **COMPLAINT—Personal Injury, Property Damage, Wrongful Death**   Page 3 of 3

PLD-PI-001(2)

| SHORT TITLE: Grassi v. Moody's | CASE NUMBER: |
|---|---|

**1st** (number)  **CAUSE OF ACTION—General Negligence**   Page _____

ATTACHMENT TO ☑ Complaint ☐ Cross - Complaint

*(Use a separate cause of action form for each cause of action.)*

GN-1. Plaintiff *(name):* Ronald and Sally Grassi

alleges that defendant *(name):* Moody's, Standard and Poor's, and Fitch

☑ Does 1 to 10

was the legal (proximate) cause of damages to plaintiff. By the following acts or omissions to act, defendant negligently caused the damage to plaintiff

on *(date):* 12/29/04, 4/30/08
at *(place):* Tahoe City, Calif.

*(description of reasons for liability):*

Said defendants negligently over-rated the quality and value of the bonds described below being sold by Lehman Bros. knowing that potential investors and investment advisors would rely on the ratings and would not know said ratings were inaccurate and excessively high. Said conduct by defendants was done for the purpose of both assisting Lehman Bros. in the sale of said bonds, and also allowing said defendant rating companies to retain the rating business of investments being sold by Lehman Bros. by supplying inaccurate and excessively high bond ratings. The subject bonds are described as follows:                              (1) The official description for the step up note is:

LEHMAN BROTHERS HOLDINGS
INC MEDIUM TERM NOTE B/E
VARIABLE
CPN 0.000% DUE 01/06/20
DTD 01/06/05

The official description for the steepener note is

LEHMAN BROTHERS HOLDINGS
INC MEDIUM TERM NOTES
B/E
CPN 9.500% DUE 02/27/23
DTD 02/27/08

The best way to refer to the bonds would be to identify them by their cusip. The cusip is unique to each group of bonds. The cusip for the step up note is 52517PYH8 and the cusip for your steepener bond is 5252M0CV7.

Form Approved for Optional Use
Judicial Council of California
PLD-PI-001(2) [Rev. January 1, 2007]

**CAUSE OF ACTION—General Negligence**

Page 1 of 1
Code of Civil Procedure 425.12
www.courtinfo.ca.gov

American LegalNet, Inc.

PLD-PI-001(3)

| SHORT TITLE: Grassi v. Moody's | CASE NUMBER |
|---|---|

2nd _____ **CAUSE OF ACTION—Intentional Tort**   Page _____
(number)

ATTACHMENT TO  ☑ Complaint   ☐ Cross - Complaint

*(Use a separate cause of action form for each cause of action.)*

IT-1. Plaintiff *(name)*: Ronald and Sally Grassi

alleges that defendant *(name)*: Moody's, Standard and Poor's, Fitch's

☑ Does 1 _____ to 10 _____

was the legal (proximate) cause of damages to plaintiff. By the following acts or omissions to act, defendant intentionally caused the damage to plaintiff
on *(date)* 12/29/04, 4/30/08
at *(place)* Tahoe City, Calif.

*(description of reasons for liability):*
Said defendants intentionally over-rated the quality and value of the bonds described below being sold by Lehman Bros. knowing that potential investors and investment advisors would rely on the ratings and would not know said ratings were inaccurate and excessively high. Said conduct by defendants was done for the purpose of both assisting Lehman Bros. in the sale of said bonds, and also allowing said defendant rating companies to retain the rating business of investments being sold by Lehman Bros. by supplying inaccurate and excessively high bond ratings.   the (1) The official description for the step up note is:

LEHMAN BROTHERS HOLDINGS
INC MEDIUM TERM NOTE B/E
VARIABLE
CPN 0.000% DUE 01/06/20
DTD 01/06/05

(2) The official description for the steepener note is

LEHMAN BROTHERS HOLDINGS
INC MEDIUM TERM NOTES
B/E
CPN 9.500% DUE 02/27/23
DTD 02/27/08

The best way to refer to the bonds would be to identify them by their cusip. The cusip is unique to each group of bonds. The cusip for the step up note is 52517PYH8 and the cusip for your steepener bond is 5252M0CV7.

Page 1 of 1

Form Approved for Optional Use
Judicial Council of California
PLD-PI-001(3) [Rev. January 1, 2007]

**CAUSE OF ACTION–Intentional Tort**

Code of Civil Procedure, § 425.12
www.courtinfo.ca.gov

American LegalNet, Inc.

SUM-100

# SUMMONS
## (CITACION JUDICIAL)

**NOTICE TO DEFENDANT:**
*(AVISO AL DEMANDADO):*
Moody's Investor's Services

 Standard + Poor's
Fitch

**YOU ARE BEING SUED BY PLAINTIFF:**
*(LO ESTÁ DEMANDANDO EL DEMANDANTE):*
Ronald and Sally Grassi

FOR COURT USE ONLY
*(SOLO PARA USO DE LA CORTE)*

**FILED**
SUPERIOR COURT OF CALIFORNIA
COUNTY OF PLACER

JAN 26 2009

JOHN MENDES
EXECUTIVE OFFICER & CLERK
By S. Holmes, Deputy

---

You have 30 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (www.lawhelpcalifornia.org), the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), or by contacting your local court or county bar association.

*Tiene 30 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.courtinfo.ca.gov/selfhelp/espanol/), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.*

*Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.courtinfo.ca.gov/selfhelp/espanol/) o poniéndose en contacto con la corte o el colegio de abogados locales.*

The name and address of the court is:
*(El nombre y dirección de la corte es):*
Placer County Superior Court (Tahoe City branch), State of Calif. 2501 N. Lake Blvd, P.O.Box 5669, Tahoe City, Cal. 96145

CASE NUMBER:
*(Número del Caso):* CV-1473

The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is:
*(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):*
Ronald M. Grassi, in pro per P.O.Box 6961 Tahoe City, Ca. 96145 (530) 583-3105

DATE: JAN 26 2009       Clerk, by   S. Holmes   , Deputy
*(Fecha)*                *(Secretario)*              *(Adjunto)*

(For proof of service of this summons, use Proof of Service of Summons (form POS-010).)
*(Para prueba de entrega de esta citatión use el formulario Proof of Service of Summons, (POS-010)).*

[SEAL]

**NOTICE TO THE PERSON SERVED:** You are served
1. ☐ as an individual defendant.
2. ☐ as the person sued under the fictitious name of *(specify):*

3. ☐ on behalf of *(specify):*

   under: ☑ CCP 416.10 (corporation)         ☐ CCP 416.60 (minor)
          ☐ CCP 416.20 (defunct corporation) ☐ CCP 416.70 (conservatee)
          ☐ CCP 416.40 (association or partnership) ☐ CCP 416.90 (authorized person)
          ☐ other *(specify):*
4. ☐ by personal delivery on *(date):*

Page 1 of 1

Form Adopted for Mandatory Use
Judicial Council of California
SUM-100 [Rev. January 1, 2004]

**SUMMONS**

Code of Civil Procedure §§ 412.20, 465
American LegalNet, Inc. | www.USCourtForms.com

SUM-100

# SUMMONS
## (CITACION JUDICIAL)

**NOTICE TO DEFENDANT:**
*(AVISO AL DEMANDADO):*
Moody's Investor's Services
Standard + Poor's
Fitch

**YOU ARE BEING SUED BY PLAINTIFF:**
*(LO ESTÁ DEMANDANDO EL DEMANDANTE):*
Ronald and Sally Grassi

**FOR COURT USE ONLY**
*(SOLO PARA USO DE LA CORTE)*

FILED
SUPERIOR COURT OF CALIFORNIA
COUNTY OF PLACER

JAN 26 2009

JOHN MENDES
EXECUTIVE OFFICER & CLERK
By S. Holmes, Deputy

---

You have 30 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (www.lawhelpcalifornia.org), the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), or by contacting your local court or county bar association.

*Tiene 30 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.courtinfo.ca.gov/selfhelp/espanol/), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.*

*Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.courtinfo.ca.gov/selfhelp/espanol/) o poniéndose en contacto con la corte o el colegio de abogados locales.*

---

The name and address of the court is:
*(El nombre y dirección de la corte es):*
Placer County Superior Court (Tahoe City branch), State of Calif. 2501 N. Lake Blvd, P.O. Box 5669, Tahoe City, Cal. 96145

CASE NUMBER:
*(Número del Caso):* CV-1478

The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is:
*(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):*
Ronald M. Grassi, in pro per P.O. Box 6961 Tahoe City, Ca. 96145 (530) 583-3105

DATE: JAN 26 2009    Clerk, by    S. Holmes    , Deputy
(Fecha)              (Secretario)              (Adjunto)

(For proof of service of this summons, use Proof of Service of Summons *(form POS-010)*.)
*(Para prueba de entrega de esta citación use el formulario Proof of Service of Summons, (POS-010)).*

[SEAL]

**NOTICE TO THE PERSON SERVED:** You are served
1. ☐ as an individual defendant.
2. ☐ as the person sued under the fictitious name of *(specify)*:
3. ☐ on behalf of *(specify)*:
   under: ☑ CCP 416.10 (corporation)      ☐ CCP 416.60 (minor)
          ☐ CCP 416.20 (defunct corporation) ☐ CCP 416.70 (conservatee)
          ☐ CCP 416.40 (association or partnership) ☐ CCP 416.90 (authorized person)
          ☐ other *(specify)*:
4. ☐ by personal delivery on *(date)*:

Page 1 of 1

Form Adopted for Mandatory Use
Judicial Council of California
SUM-100 [Rev. January 1, 2004]

**SUMMONS**

Code of Civil Procedure §§ 412.20, 465
American LegalNet, Inc. | www.USCourtForms.com



# Notice of Service of Process

AZF / ALL
Transmittal Number: 6345732
Date Processed: 01/28/2009

| | |
|---|---|
| Primary Contact: | Charles D Brown Esq.<br>Fitch Ratings<br>One State Street Plaza<br>Floor 31ST<br>New York, NY 10004 |
| Entity: | Fitch Ratings<br>Entity ID Number 1731489 |
| Entity Served: | Fitch |
| Title of Action: | Ronald M. Grassi vs. Moody's Investor's Services |
| Document(s) Type: | Summons/Complaint |
| Nature of Action: | Other |
| Court: | Placer Superior Court, California |
| Case Number: | TCV-1473 |
| Jurisdiction Served: | California |
| Date Served on CSC: | 01/27/2009 |
| Answer or Appearance Due: | 30 Days |
| Originally Served On: | CSC |
| How Served: | UPS |
| Sender Information: | Ronald M. Grassi<br>530-583-3105 |

Information contained on this transmittal form is for record keeping, notification and forwarding the attached document(s). It does not constitute a legal opinion. The recipient is responsible for interpreting the documents and taking appropriate action.

**To avoid potential delay, please do not send your response to CSC**
*CSC is SAS70 Type II certified for its Litigation Management System.*
2711 Centerville Road  Wilmington, DE 19808  (888) 690-2882  |  sop@cscinfo.com

SUM-10

# SUMMONS
## (CITACION JUDICIAL)

**NOTICE TO DEFENDANT:**
*(AVISO AL DEMANDADO):*

Moody's Investor Services
Standard + Poor's
Fitch

**YOU ARE BEING SUED BY PLAINTIFF:**
*(LO ESTÁ DEMANDANDO EL DEMANDANTE):*
Ronald and Sally Grassi

FOR COURT USE ONLY
*(SOLO PARA USO DE LA CORTE)*

FILED
SUPERIOR COURT OF CALIFORNIA
COUNTY OF PLACER

JAN 26 2009

JOHN MENDES
EXECUTIVE OFFICER & CLERK
By S. Holmes, Deputy

You have 30 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (www.lawhelpcalifornia.org), the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), or by contacting your local court or county bar association.

*Tiene 30 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.courtinfo.ca.gov/selfhelp/espanol/), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.*

*Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.courtinfo.ca.gov/selfhelp/espanol/) o poniéndose en contacto con la corte o el colegio de abogados locales.*

The name and address of the court is:
*(El nombre y dirección de la corte es):*
Placer County Superior Court (Tahoe City branch), State of Calif. 2501 N. Lake Blvd, P.O.Box 5669, Tahoe City, Cal. 96145

CASE NUMBER:
*(Número del Caso):* CV-1473

The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is:
*(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):*
Ronald M. Grassi, in pro per P.O.Box 6961 Tahoe City, Ca. 96145 (530) 583-3105

DATE: JAN 26 2009       Clerk, by S. Holmes, Deputy
*(Fecha)*                *(Secretario)*              *(Adjunto)*

(For proof of service of this summons, use Proof of Service of Summons *(form POS-010)*.)
*(Para prueba de entrega de esta citación use el formulario Proof of Service of Summons, (POS-010)).*

[SEAL]

**NOTICE TO THE PERSON SERVED:** You are served
1. ☐ as an individual defendant.
2. ☐ as the person sued under the fictitious name of *(specify):*
3. ☐ on behalf of *(specify):*
   under: ☑ CCP 416.10 (corporation)         ☐ CCP 416.60 (minor)
          ☐ CCP 416.20 (defunct corporation) ☐ CCP 416.70 (conservatee)
          ☐ CCP 416.40 (association or partnership) ☐ CCP 416.90 (authorized person)
          ☐ other *(specify):*
4. ☐ by personal delivery on *(date):*

Page 1 of

Form Adopted for Mandatory Use
Judicial Council of California
SUMMONS
Code of Civil Procedure §§ 412.20, 4

CASE NO. **TCV-1473**

# NOTICE OF FIRST CASE MANAGEMENT CONFERENCE

For inquiries, please call the Tahoe Civil Division (530) 584-3464

NOTICE IS GIVEN THAT THE FIRST CASE MANAGEMENT CONFERENCE HAS BEEN SCHEDULED AS FOLLOWS:

DATE: 5-29-2009
TIME: 9:00 A.M. - PERSONAL APPEARANCE AND COURT CALL
DEPT: 14 – 2501 N. LAKE BLVD., TAHOE CITY, CA 96145

*THIS CASE HAS BEEN ASSIGNED FOR ALL PURPOSES TO: COMMISSIONER TRILLA E. BAHRKE*

---

Pursuant to California Rules of Court 212 (g) (1) and Local Rules of Court 20.1.9, you must file and serve a completed Case Management Statement (CM-110) at least fifteen (15) calendar days before the Case Management Conference. Failure to timely file the Case Management Statement will result in your filing being returned un-filed.

Counsel for each party and each self-represented party shall attend and be fully prepared to participate effectively in the Case Management Conference.

AT THE FIRST CASE MANAGEMENT CONFERENCE THE COURT WILL MAKE PRE-TRIAL ORDERS WHICH MAY INCLUDE THE FOLLOWING:

(A) An order re-designating the Case Management Class of Civil Case currently assigned.
(B) Exempting the case from dispositional time goals.
(C) An order referring the case to arbitration.
(D) An order transferring the case to Limited Jurisdiction.
(E) An order assigning the case to a particular judge for all purposes.
(F) An order assigning a trial date.
(G) An order assigning the case as a short cause trial matter.
(H) An order identifying the case as a case which may be protracted.
(I) An order identifying the case as a case which may be amenable to early settlement.
(J) An order establishing a discovery cut-off.
(K) An order scheduling the exchange of expert witness information.
(L) An order scheduling a mandatory settlement conference.
(M) An order scheduling a final case management conference.
(N) Other orders to achieve the interests of justice and timely disposition of the case.

## SANCTIONS

If you do not comply with the time guidelines as set forth in Local Rule 20.1.9, do not file the Case Management Conference Questionnaire and At-Issue Memorandum, do not attend the Case Management Conference, or do not participate effectively in the conference, the court may impose sanctions (including dismissal of the case, striking of the answer, and payment of money).

**IF YOU DESIRE TO SCHEDULE A TELEPHONIC APPEARANCE, YOU MUST CONTACT COURT CALL TOLL FREE, AT 888-882-6878, AT LEAST FIVE (5) COURT DAYS PRIOR TO THE APPEARANCE**

