DAVID T. BIDERMAN (SBN 101577)
FARSCHAD FARZAN (SBN 215194)
**PERKINS COIE LLP**
Four Embarcadero Center, Suite 2400
San Francisco, California 94111
Telephone: (415) 344-7000
Facsimile: (415) 344-7050
Email: DBiderman@perkinscoie.com

Floyd Abrams
Brian T. Markley
Julie Allsman
**CAHILL GORDON & REINDEL LLP**
80 Pine Street
New York, NY 10005
Telephone: (212) 701-3000
Facsimile: (212) 269-5420
(*Pro Hac Vice* Applications To Be Submitted)

Attorneys for Defendant The McGraw-Hill Companies, Inc.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

RONALD M. GRASSI and SALLY GRASSI,

Plaintiffs,

v.

MOODY'S INVESTOR'S SERVICES, STANDARD AND POOR'S, FITCH RATINGS,

Defendants.

CASE NO.: CV-00543-JAM-DAD

**JOINT STIPULATION REGARDING MOTION TO REMAND SCHEDULING; EXTENSION OF TIME TO ANSWER, MOVE, OR OTHERWISE RESPOND; *PRO SE* PLAINTIFFS RIGHT TO FILE ELECTRONICALLY; AND ORDER**

Judge: Hon. John A. Mendez

PDF created with pdfFactory trial version www.pdffactory.com

Pursuant to L.R. 6-144 and L.R. 83-143, the parties jointly submit this Stipulation.

WHEREAS, on January 29, 2009, plaintiffs Ronald M. Grassi and Sally Grassi ("plaintiffs") filed their complaint entitled Ronald and Sally Grassi vs. Moody's Investor's Services, Standard and Poor's, Fitch Ratings, in the Superior Court of the State of California, County of Placer, Tahoe City branch;

WHEREAS, on February 25, 2009, Moody's Investors Service, Inc. ("Moody's"), incorrectly sued as "Moody's Investor's Services," The McGraw-Hill Companies, Inc. ("McGraw-Hill"), incorrectly sued herein as "Standard and Poor's," formerly a division of McGraw-Hill, and Fitch, Inc., incorrectly sued herein as "Fitch Ratings" ("Fitch") (collectively, "Defendants") filed a Notice of Removal with this Court;

WHEREAS, plaintiffs intend to file a motion to remand this action to the Superior Court of the State of California, County of Placer, Tahoe City branch;

WHEREAS, *pro se* plaintiffs wish to file documents with this Court electronically,

WHEREAS, the local rules require *pro se* litigants to file in paper format; and

WHEREAS, the local rules require a request to file electronically be made by stipulation or motion.

It is hereby STIPULATED AND AGREED by and between the undersigned counsel for the parties as follows:

(1) Plaintiffs shall file their motion for remand within thirty (30) days of Defendants filing of their Notice of Removal;

(2) Defendants shall have twenty (20) days from plaintiffs' filing of their motion to remand to file their oppositions to said motion;

(3) Plaintiffs shall have five (5) days from the filing of Defendants' oppositions to file their reply in support of their motion for remand;

(4) Defendants' time to answer, move, or otherwise respond to plaintiffs' complaint shall be extended to twenty (20) days following the final determination by this Court of plaintiffs' motion to remand;

PDF created with pdfFactory trial version www.pdffactory.com

(5) Plaintiffs will be allowed to file electronically through the Eastern District of California's electronic case management and filing system ("CM/ECF").

JOINT STIPULATION & PROPOSED ORDER:
CASE NO. CV-00543-JAM-DAD
09901-0001/LEGAL15450079.1
-3-

PDF created with pdfFactory trial version www.pdffactory.com

Dated: March 2, 2009

**PERKINS COIE LLP**

By: _/S/________________________________

DAVID T. BIDERMAN (SBN 101577)
FARSCHAD FARZAN (SBN 215194)
Four Embarcadero Center, Suite 2400
San Francisco, California 94111
Telephone: (415) 344-7000
Facsimile: (415) 344-7050
Email: DBiderman@perkinscoie.com

Floyd Abrams
Brian T. Markley
Julie Allsman
**CAHILL GORDON & REINDEL LLP**
80 Pine Street
New York, NY 10005
Telephone: (212) 701-3000
Facsimile: (212) 269-5420
(*Pro Hac Vice* Applications To Be Submitted)

Attorneys for Defendant The McGraw-Hill Companies, Inc.

Dated: March 2, 2009

**WILSON SONSINI GOODRICH & ROSATI, Professional Corporation**

By: /S/ Keith E. Eggleton (as authorized on 03/01/09)

Keith E. Eggleton
David A. McCarthy
650 Page Mil1 Road
Palo Alto, CA 94304
Telephone: (650) 493-9300
Facsimile: (650) 565-5 100

James J. Coster
Joshua M. Rubins
**SATTERLEE STEPHENS BURKE & BURKE LLP**
230 Park Avenue, 1lth Floor
New York, NY 10169
Telephone: (212) 818-9200
Facsimile: (212) 818-9606
Attorneys for Moody's Investors Service, Inc.
(*Pro Hac Vice* Applications To Be Submitted)

Attorneys for Defendant Moody's Investors Service, Inc.

PDF created with pdfFactory trial version www.pdffactory.com

Dated: March 2, 2009

**TAYLOR & COMPANY LAW OFFICES, LLP**

By: /S/ Jayesh Hines-Shah (as authorized on 03/01/09)
Stephen E. Taylor (SBN 58452)
Jayesh Hines-Shah (SBN 214256)
Jonathan A. Patchen (SBN 237346)
One Ferry Building, Suite 355
San Francisco, CA 94111
Telephone: (4 15) 788-8200
Facsimile: (415) 788-8208

Martin Flumenbaum
Andrew J. Ehrlich
Jason Williamson
**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**
1285 Avenue of the Americas
New York, NY 10019
Telephone: (212) 373-3000
Facsimile: (212) 757-3990
Attorneys for Fitch, Inc.
(*Pro Hac Vice* Applications To Be Submitted)

Attorneys for Defendant Fitch, Inc.

Dated: March 2, 2009

By: /S/ Ronald M. Grassi (as authorized on 03/01/09)
Ronald M. Grassi (*In Pro Per*)
P.O. Box 6961
Tahoe City, CA 96145
Telephone: (530) 583-3105

For Plaintiffs Ronald M. Grassi and Sally Grassi

PDF created with pdfFactory trial version www.pdffactory.com

**O R D E R**

PURSUANT TO STIPULATION, **IT IS SO ORDERED**.

DATED: March 3, 2009

/s/ John A. Mendez____________
Honorable John A. Mendez
United States District Court Judge

JOINT STIPULATION & PROPOSED ORDER:
CASE NO. CV-00543-JAM-DAD
09901-0001/LEGAL15450079.1

PDF created with pdfFactory trial version www.pdffactory.com