| | |
|---|---|
| 1 | KEITH E. EGGLETON, State Bar No. 159842 |
| 2 | DAVID A. MCCARTHY, State Bar No. 226415<br>WILSON SONSINI GOODRICH & ROSATI |
| 3 | Professional Corporation<br>650 Page Mill Road |
| 4 | Palo Alto, CA 94304-1050<br>Telephone: (650) 493-9300 |
| 5 | Facsimile: (650) 565-5100 |
| 6 | Attorneys for Defendants<br>Moody's Investors Service, Inc. |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

RONALD M. GRASSI and SALLY GRASSI,  ) CASE NO. 09-CV-00543-JAM-DAD
)
Plaintiffs,                         )
)    **STIPULATION AND ORDER**
v.                                  )    **REGARDING MOTION(S) TO**
)    **DISMISS SCHEDULE**
MOODY'S INVESTOR'S SERVICES,        )
STANDARD AND POOR'S and FITCH       )
RATINGS,                            )
)
Defendants.                         )
)
_____)

| | | |
|---|---|---|
| 1 | Subject to approval by the Court, the parties hereby stipulate to the following briefing | |
| 2 | schedule and hearing date for the motion(s) to dismiss that will be filed by the Defendants: | |

1. Defendants' motion(s) to dismiss will be filed no later than June 15, 2009;

2. Plaintiffs' opposition brief will be filed no later than July 2, 2009;

3. Defendants' reply brief(s) will be filed no later than July 16, 2009;

4. Defendants will notice the hearing date for the motion(s) to dismiss for 10 a.m. on July 31, 2009.

Dated: May 27, 2009

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

/s/ Keith E. Eggleton
Keith E. Eggleton
David A. McCarthy
650 Page Mill Road
Palo Alto, CA 94304
Telephone: (650) 493-9300
Facsimile: (650) 493-6811

James J. Coster
SATTERLEE STEPHENS BURKE &
BURKE LLP
230 Park Avenue
New York, NY 10169
Telephone: (212) 818-9200
Facsimile: (212) 818-9606

Attorneys for Defendant
Moody's Investors Service, Inc.

Dated: May 27, 2009

PERKINS COIE LLP

/s/David Biderman (as authorized on 5/27/09)
David T. Biderman
Farschad Farzan
Four Embarcadero Center, Suite 2400
San Francisco, CA 94111
Telephone: (415) 344-7000
Facsimile: (415) 344-7050

| | |
|---|---|
| | Floyd Abrams |
| | Brian T. Markley |
| | Julie Allsman |
| | CAHILL GORDON & REINDEL LLP |
| | 80 Pine Street |
| | New York, NY 10005 |
| | Telephone: (212) 701-3000 |
| | Facsimile: (212) 269-5420 |
| | |
| | Attorneys for Defendants |
| | The McGraw-Hill Companies, Inc. |
| Dated: May 28, 2009 | TAYLOR & COMPANY LAW OFFICES, LLP |
| | |
| | /s/Jayesh Hines-Shah (as authorized on 5/28/09) |
| | Stephen E. Taylor |
| | Jayesh Hines-Shah |
| | Jonathan A. Patchen |
| | One Ferry Building, Suite 355 |
| | San Francisco, CA 94111 |
| | Telephone: (415) 788-8200 |
| | Facsimile: (415) 788-8208 |
| | |
| | Martin Flumenbaum |
| | Andrew J. Ehrlich |
| | Jason Williamson |
| | PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP |
| | 1285 Avenue of the Americas |
| | New York, NY 10019 |
| | Telephone: (212) 373-3000 |
| | Facsimile: (212) 757-3990 |
| | |
| | Attorneys for Defendant Fitch, Inc. |
| Dated: May 28, 2009 | Ronald M. Grassi |
| | |
| | /s/Ronald M. Grassi (as authorized on 5/28/09) |
| | Ronald M. Grassi (*In Pro Per*) |
| | P. O. Box 6961 |
| | Tahoe City, CA 96145 |
| | Telephone: (530) 583-3105 |
| | |
| | Attorney for Plaintiffs |
| | Ronald M. Grassi and Sally Grassi |

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: May 28, 2009.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

Ddad1/orders.civil/grassi0543.stipord