IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RONALD M. GRASSI, et al.,

      Plaintiffs,                    No. CIV S-09-0543 JAM DAD PS

      v.

MOODY'S INVESTOR'S SERVICES,    <u>ORDER</u>
et al.,

      Defendants.
                                              /

        Plaintiffs, proceeding pro se, seek leave to file a supplemental brief in opposition to the motions to dismiss heard on July 31, 2009. Good cause appearing, IT IS ORDERED that:

        1. Plaintiffs' August 11, 2009 motion for leave of court to file supplemental briefing (Doc. No. 63) is granted.

        2. Plaintiffs' supplemental opposition to defendants' motions to dismiss shall be filed and served within fifteen days after this order is filed, and defendants' replies, if any, shall be filed and served within fifteen days after service of plaintiffs' supplemental opposition.

DATED: August 13, 2009.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:kw
dad1/orders.pro se/grassi0543.ord.req