IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RONALD M. GRASSI, et al.,

    Plaintiffs,   No. CIV S-09-0543 JAM DAD PS

    v.

MOODY'S INVESTOR'S SERVICES, et al.,   ORDER

    Defendants.

_____/

    Plaintiffs were granted leave to file a supplemental brief in opposition to defendants' motions to dismiss, and the moving parties were granted leave to respond. Plaintiffs now seek leave to file a reply to a reply. The court declines to permit further briefing. IT IS ORDERED that plaintiffs' September 1, 2009 request (Doc. No. 71) for leave of court to file a reply to defendant McGraw-Hill's reply to plaintiff's supplemental briefing is denied.

DATED: October 2, 2009.

                                                           DALE A. DROZD
                                                           UNITED STATES MAGISTRATE JUDGE

DAD:kw
dad1/orders.pro se/grassi0543.ord.req2