RONALD M. GRASSI,
SALLY M. GRASSI
P. O. Box 6961
Tahoe City, CA 96145
Telephone: (530) 583-3105
Email: ronsallygrassi@mac.com

Plaintiffs, In Pro Per

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO DIVISION

| | |
|---|---|
| RONALD M. GRASSI and SALLY GRASSI,<br><br>Plaintiffs,<br><br>- vs -<br><br>MOODY'S INVESTOR'S SERVICES, STANDARD AND POOR'S FITCH RATINGS,<br><br>Defendants. | Case No.: CV-00543-JAM-DAD<br><br>**NOTICE OF NON-AVAILABILITY** |

PLEASE TAKE NOTICE THAT RONALD AND SALLY GRASSI WILL BE OUT OF THE COUNTRY  (VIET NAM, CAMBODIA, LAOS AND THAILAND)  FROM JAN 4, 2010 TO AND INCLUDING FEB. 4, 2010 AND WILL THEREFORE BE UNABLE TO REVIEW, DRAFT AND FILE ANY DOCUMENTS NOR APPEAR IN COURT DURING SAID TIME PERIOD.  WE ARE HOWEVER ABLE TO REVIEW,  DRAFT AND FILE DOCUMENTS FROM DEC. 1, 2009 THROUGH  JAN. 1, 2010 AND AFTER FEB. 6, 2010.

WE APOL0GIZE FOR ANY INCONVENIENCE TO THE COURT OR PARTIES AND WERE UNABLE TO FIND A MORE APPROPRIATE FEDERAL FORM  IN <u>RUTTER GUIDE TO FEDERAL CIVIL PROCEDURE BEFORE TRIAL </u>.

DATED:  _DEC. 1, 2009_____

___/S/ RONALD AND SALLY GRASSI
_____

---

[TITLE OF DOCUMENT]
Case No. CV-00543-JAM-DAD

1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**[TITLE OF DOCUMENT]**
Case No. CV-00543-JAM-DAD

2