| | |
|---|---|
| 1 | KEITH E. EGGLETON, State Bar No. 159842 |
| 2 | DAVID A. MCCARTHY, State Bar No. 226415<br>WILSON SONSINI GOODRICH & ROSATI |
| 3 | Professional Corporation<br>650 Page Mill Road |
| 4 | Palo Alto, CA 94304-1050<br>Telephone: (650) 493-9300 |
|   | Facsimile: (650) 565-5100 |
| 5 | |
| 6 | Attorneys for Defendants<br>Moody's Investors Service, Inc. |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| RONALD M. GRASSI and SALLY GRASSI, | ) | CASE NO. 09-CV-0543-JAM-DAD PS |
| Plaintiffs, | ) | |
| | ) | **AMENDED STIPULATION AND** |
| v. | ) | **ORDER SETTING SCHEDULE FOR** |
| | ) | **MOTIONS TO DISMISS** |
| MOODY'S INVESTOR'S SERVICES, STANDARD AND POOR'S and FITCH RATINGS, | ) | |
| Defendants. | ) | |

1     Subject to approval by the Court, the parties hereby stipulate to the following briefing
2 schedule and hearing date for the motion(s) to dismiss that will be filed by the Defendants:
3     1.     Defendants' motion(s) to dismiss will be filed no later than May 3, 2010;
4     2.     Plaintiffs' opposition brief will be filed no later than May 24, 2010;
5     3.     Defendants' reply brief(s) will be filed no later than June 7, 2010;
6     4.     Defendants will notice the hearing date for the motion(s) to dismiss for 10 a.m. on
7 July 9, 2010.

Dated: April 26, 2010

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

/s/David A. McCarthy
Keith E. Eggleton
David A. McCarthy
650 Page Mill Road
Palo Alto, CA 94304
Telephone: (650) 493-9300
Facsimile: (650) 493-6811

James J. Coster
SATTERLEE STEPHENS BURKE &
BURKE LLP
230 Park Avenue
New York, NY 10169
Telephone: (212) 818-9200
Facsimile: (212) 818-9606

Attorneys for Defendant
Moody's Investors Service, Inc.

Dated: April 26, 2010

PERKINS COIE LLP

/s/David Biderman (as authorized on 4/26/10)
David T. Biderman
Farschad Farzan
Four Embarcadero Center, Suite 2400
San Francisco, CA 94111
Telephone: (415) 344-7000
Facsimile: (415) 344-7050

| | |
|---|---|
| 1 | Floyd Abrams |
| 2 | Brian T. Markley |
|   | Julie Allsman |
| 3 | CAHILL GORDON & REINDEL LLP |
|   | 80 Pine Street |
| 4 | New York, NY 10005 |
|   | Telephone: (212) 701-3000 |
| 5 | Facsimile: (212) 269-5420 |
|   | |
| 6 | Attorneys for Defendants |
|   | The McGraw-Hill Companies, Inc. |

Dated: April 26, 2010

TAYLOR & COMPANY LAW OFFICES, LLP

/s/Jonathan A. Patchen (as authorized on 4/26/10)
Stephen E. Taylor
Jonathan A. Patchen
One Ferry Building, Suite 355
San Francisco, CA 94111
Telephone: (415) 788-8200
Facsimile: (415) 788-8208

Martin Flumenbaum
Andrew J. Ehrlich
Jason Williamson
PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
1285 Avenue of the Americas
New York, NY 10019
Telephone: (212) 373-3000
Facsimile: (212) 757-3990

Attorneys for Defendant Fitch, Inc.

| | | |
|---|---|---|
| 1 | Dated: April 26, 2010 | Ronald M. Grassi |
| 2 | | |
| 3 | | /s/Ronald M. Grassi (as authorized on 4/26/10)<br>Ronald M. Grassi (*In Pro Per*)<br>P. O. Box 6961 |
| 4 | | Tahoe City, CA 96145<br>Telephone: (530) 583-3105 |
| 5 | | |
| 6 | | Attorney Pro Se |
| 7 | Dated: April 27, 2010 | Sally Grassi |
| 8 | | |
| 9 | | /s/Sally Grassi (as authorized on 4/27/10)<br>Sally Grassi (*In Pro Per*)<br>P. O. Box 6961 |
| 10 | | Tahoe City, CA 96145<br>Telephone: (530) 583-3105 |
| 11 | | |
| 12 | | Attorney Pro Se |
| 13 | | |
| 14 | Dated: | |
| 15 | | |
| 16 | PURSUANT TO STIPULATION, IT IS SO ORDERED. | |
| 17 | DATED: April 27, 2010 | |
| 18 | | *[signature]* |
| 19 | | DALE A. DROZD<br>UNITED STATES MAGISTRATE JUDGE |
| 20 | Ddad1/orders.prose/grassi0543.am.stipord.brfg | |

AMENDED STIPULATION & ORDER SETTING
SCHEDULE FOR MOTIONS TO DISMISS
CASE NO. 09-CV-00543-JAM-DAD PS

-3-

grassi0543.am.stipord.brfg.doc