1  DAVID T. BIDERMAN (SBN 101577)
   FARSCHAD FARZAN (SBN 215194)
2  **PERKINS COIE LLP**
   Four Embarcadero Center, Suite 2400
3  San Francisco, California  94111
   Telephone:  (415) 344-7000
4  Facsimile:  (415) 344-7050
   Email: DBiderman@perkinscoie.com
5  Email: FFarzan@perkinscoie.com

6  Floyd Abrams (admitted *pro hac vice*)
   Adam Zurofsky (*pro hac application* to be submitted)
7  Brian T. Markley (admitted *pro hac vice*)
   **CAHILL GORDON & REINDEL LLP**
8  80 Pine Street
   New York, NY 10005
9  Telephone:  (212) 701-3000
   Facsimile:  (212) 269-5420
10
11 Attorneys for Defendant The McGraw-Hill Companies, Inc.

12 [Additional counsel listed on signature page]

13              UNITED STATES DISTRICT COURT

14             EASTERN DISTRICT OF CALIFORNIA

15

16 RONALD M. GRASSI and SALLY          CASE NO.:  2:09-cv-00543-JAM-DAD
   GRASSI,
17                                      **DEFENDANTS' JOINT NOTICE OF**
                    Plaintiffs,         **MOTION AND MOTION TO DISMISS**
18                                      **THE AMENDED COMPLAINT**
          v.
19                                      **Fed. R. Civ. Proc. 12(b)(6)**
   MOODY'S INVESTOR'S SERVICES,
20 STANDARD AND POOR'S, FITCH          Date:    July 9, 2010
   RATINGS,                            Time:    10:00 a.m.
21                                      Place:   Courtroom 27
                    Defendants.         Judge:   Hon. Dale A. Drozd
22

23 **TO PLAINTIFFS AND THEIR ATTORNEYS OF RECORD:**

24        PLEASE TAKE NOTICE that pursuant to Federal Rule of Civil Procedure 12(b)(6),

25 Defendants The McGraw-Hill Companies, Inc., Fitch, Inc., and Moody's Investor Services, Inc.

26 (collectively, "Defendants") will move, and hereby move to dismiss plaintiffs Ronald M. Grassi

27 and Sally Grassi's Amended Complaint.  The motion will be heard on July 9, 2010 at 10:00 a.m.,

28

1   or as soon thereafter as the matter may be heard, before the Honorable Dale A. Drozd of the

2   United States District Court for the Eastern District of California, Sacramento Division, 501 I

3   Street, Suite 4-200, Courtroom 27, Sacramento, California.  Defendants' motion is made on the

4   grounds that the Complaint fails to state a claim on which relief can be granted against them.

5         This motion is based on this Notice of Motion and Motion, the supporting Memorandum

6   of Points and Authorities, the Declaration of David T. Biderman in Support, the materials on file

7   in this action, and any argument submitted at the hearing on this motion.

    May 3, 2010                           Respectfully Submitted,

8

9                                          /s/ David T. Biderman
                                           Floyd Abrams (admitted *pro hac vice*)
10                                         Adam Zurofsky (admitted *pro hac vice*)
                                           Brian Markley (admitted *pro hac vice*)
11                                         **CAHILL GORDON & REINDEL LLP**
                                           80 Pine Street
12                                         New York, New York  10005
                                           Telephone: (212) 701-3000
13                                         Facsimile: (212) 269-5420

14                                         David T. Biderman (SBN 101577)
                                           Farschad Farzan (SBN 215194)
15                                         **PERKINS COIE LLP**
                                           Four Embarcadero Center, Suite 2400
16                                         San Francisco, CA  94111
                                           Telephone: (415) 344-7000
17                                         Facsimile: (415) 344-7050

18                                         *Attorneys for The McGraw-Hill Companies, Inc.*

19                                         /s/ Keith E. Eggleton (as authorized on May 3, 2010)
                                           James J. Coster (admitted *pro hac vice*)
20                                         **SATTERLEE STEPHENS BURKE & BURKE LLP**
                                           230 Park Avenue, 11th Floor
21                                         New York, New York  10169
                                           Telephone: (212) 818-9200
22                                         Facsimile:  (212) 818-9606

23                                         Keith E. Eggleton (SBN 159842)
                                           David A. McCarthy (SBN 226415)
24                                         **WILSON SONSINI GOODRICH & ROSATI**
                                           Professional Corporation
25                                         650 Page Mill Road
                                           Palo Alto, California  94304-1050
26                                         Telephone: (650) 493-9300
                                           Facsimile:  (650) 565-5100
27
                                           *Attorneys for Defendant Moody's Investors Service, Inc.*
28

DEFENDANTS' NOTICE OF MOTION AND MOTION TO DISMISS
CASE NO. 2:09-cv-00543-JAM-DAD

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

/s/ Jonathan A. Patchen (as authorized on May 3, 2010)
Martin Flumenbaum (admitted *pro hac vice*)
Roberta A. Kaplan (admitted *pro hac vice*)
Andrew J. Erlich (admitted *pro hac vice*)
Tobias J. Stern (admitted *pro hac vice*)
**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**
1284 Avenue of the Americas
New York, New York 10010
Telephone: (212) 373-3000
Facsimile: (212) 757-3990

Stephen E. Taylor (SBN 58452)
Jonathan A. Patchen (SBN 237346)
**TAYLOR & COMPANY LAW OFFICES, LLP**
One Ferry Building, Suite 355
San Francisco, California  94111
Telephone: (415) 788-8200
Facsimile:  (415) 788-8208

Attorneys for Defendant Fitch, Inc.

- 3 -

DEFENDANTS' NOTICE OF MOTION AND MOTION TO DISMISS
CASE NO. 2:09-cv-00543-JAM-DAD