IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RONALD M. GRASSI, et al.,

      Plaintiffs,                    No. CIV S-09-0543 JAM DAD PS

     v.

MOODY'S INVESTOR'S SERVICES, et al.,      ORDER

      Defendants.
_____/

      Defendants have moved to dismiss plaintiffs' first amended complaint. With the filing of defendants' joint reply to plaintiffs' opposition, the motion is now fully briefed. Plaintiffs seek leave to file a reply to defendants' reply. The court finds the proposed additional briefing to be unnecessary.

      Accordingly, IT IS ORDERED that plaintiffs' June 7, 2010 request (Doc. No. 96) for leave to file a reply to defendants' reply is denied.

DATED: June 8, 2010.

/s/ Dale A. Drozd
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:kw
dad1/orders.pro se/grassi0543.ord.req3