```
RONALD M. GRASSI,
SALLY M. GRASSI
P. O. Box 6961
Tahoe City, CA 96145
Telephone: (530) 386-3862
Email: ronsallygrassi@mac.com


Plaintiffs, In Pro Per
```

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO DIVISION

| | |
|---|---|
| RONALD M. GRASSI and SALLY GRASSI,<br><br>Plaintiffs,<br><br>- vs -<br><br>MOODY'S INVESTOR'S SERVICES, STANDARD AND POOR'S FITCH RATINGS,<br><br>Defendants. | Case No.: CV-00543-JAM-DAD<br><br>**NOTICE OF NON-AVAILABILITY AND CHANGE OF PHONE NUMBER** |

PLEASE TAKE NOTICE THAT (1) RONALD AND SALLY GRASSI WILL BE OUT OF THE COUNTRY IN ITALY AND FRANCE FROM MAY 20, 2011 TO AND INCLUDIING JUNE 21, 2011 AND WILL THEREFORE BE UNABLE TO REVIEW, DRAFT AND FILE ANY DOCUMENTS NOR APPEAR IN COURT DURING SAID TIME PERIOD AND FOR 3 WEEKS THEREAFTER (IE, IF A DECISION IS RENDERED IN OUR ABSENCE AND WE NEED TO RETURN HOME AND FILE A RESPONSE AND APPEAR IN COURT, WE WOULD NEED 3 WEEKS FOLLOWING OUR RETURN TO REVIEW, RESEARCH, DRAFT AND FILE SAID RESPONSE ).

(2) FURTHER OUR PHONE NUMBERS HAVE CHANGED AND ARE (530) 386-3862 (CELL), AND OUR LAND LINE # WHERE WE NOW LIVE PART-TIME IS (707) 395-0137.

WE APOL0GIZE FOR ANY INCONVENIENCE TO THE COURT OR PARTIES AND WERE UNABLE TO FIND A FEDERAL FORM IN <u>RUTTER GUIDE TO FEDERAL</u>

<u>CIVIL PROCEDURE BEFORE TRIAL. FURTHER WE HAVE PREPAID MOST OF OUR UPCOMING TRIP EXPENSES.</u>

DATED:  MARCH 11, 2011

/S/ RONALD AND SALLY GRASSI

---

[TITLE OF DOCUMENT]
Case No. CV-00543-JAM-DAD